IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| TAVIS BARROW, | : |
| Plaintiff, | : |
| V. | : NO. 3:25-cv-00004-TES-CHW |
| WALTON COUNTY JAIL, | : |
| Defendant. | : |

## ORDER OF DISMISSAL

Plaintiff Tavis Barrow, a detainee in the Walton County Jail in Monroe, Georgia, filed a civil rights complaint under 42 U.S.C. § 1983. ECF No. 1. Plaintiff also filed a motion to proceed *in forma pauperis*. ECF No. 2. Plaintiff, however, did not include a certified account statement in support of his motion. *See id.* Thus, the United States Magistrate Judge ordered Plaintiff to file a certified account statement. ECF No. 4. The Magistrate Judge gave Plaintiff fourteen days to file his account statement and cautioned Plaintiff that his failure to do so could result in the Court dismissing this case. *Id.*

More than fourteen days passed after the Magistrate Judge entered that order. In that time, Plaintiff did not submit an account statement or otherwise respond to the order for him to do so. Accordingly, the Magistrate Judge ordered Plaintiff to show cause why this Court should not dismiss this case based on Plaintiff's failure to file his account statement. ECF No. 5. The Magistrate Judge gave Plaintiff fourteen days to respond and cautioned Plaintiff that his failure to respond would likely result in the Court dismissing this case. *Id.*

More than fourteen days have now passed since the Magistrate Judge entered the show cause order. Plaintiff has not responded to that order. Thus, because Plaintiff has failed to comply with the Court's orders or to otherwise prosecute his case, the Court now **DISMISSES** the complaint **WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ. P. 41(b); and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The [C]ourt may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 9th day of April, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**